From: The District Court of the Thirteenth Judicial District. County of Yellowstone.

STATE OF MONTANA, Plaintiff, vs. FRANK R. RODRIGUEZ, Defendant.

### DECISION

No. 9748

The application of the above-named defendant for a review of the sentence of 30 years for Criminal Sale of Dangerous Drugs imposed on January 30th, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Gregory R. Todd, Montana Defender Project, for his assistance to the defendant and to this court.

DATED this 29th day of October, 1976.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert J. Boyd.

From: The District Court of the Thirteenth Judicial District. County of Yellowstone.

STATE OF MONTANA, Plaintiff, vs. GREGORY J. PUZIO, Defendant.

### DECISION

No. 9732, 9747

The application of the above-named defendant for a review of the sentence of 10 years each count concurrent for Criminal Possession with Intent to Sell and Sale of Dangerous Drugs imposed on November 19th, 1975, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentences be and remain as originally imposed.

We wish to thank Frank Kampfe, Attorney, for his assistance to the defendant and to this court.

DATED this 29th day of October, 1976.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert J. Boyd.

From: The District Court of the Fourth Judicial District. County of Missoula.

STATE OF MONTANA, Plaintiff, vs. JERRY WAYNE GILLUM, Defendant.

### DECISION

No. 4599

The application of the above-named defendant for a review of the sentence of 75 years for Aggravated Kidnapping imposed on November 20th, 1975, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank M. Keith McClurg, Montana Defender Project, for his assistance to the defendant and to this court.

DATED this 29th day of October, 1976.

*SENTENCE REVIEW DIVISION*

Jack D. Shanstrom, Chairman, Jack L. Green, Robert J. Boyd.